**PLEASE CONFIRM THAT YOU HAVE REVIEWED ALL THE DOCUMENTS AND AGREE TO ALL THE NEW CONTRACTS**

✕

| Yes, i agree |
|---|
| No |

| Uber Fare Addendum January 6, 2020 | › |
|---|---|
| Service Animal Acknowledgement - Feb 10 2017 | › |
| New York Addendum March 1, 2019 | › |

| Yes, i agree |
|---|