| Driver ID | Date Accepted Agreements (UTC) | Reg Doc Title | Reg Doc URL |
|---|---|---|---|
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 12/5/2014 | Driver Addendum November 10 2014 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/licensed/Driver%20Addendum%20November%2010%202014.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 12/5/2014 | Transportation Company Agreement November 10 2014 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/licensed/Transportation%20Company%20Agreement%20November%2010%202014.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 8/11/2015 | Transportation Company Agreement April 7 2015 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/licensed/Transportation%20Company%20Agreement%20April%207%202015.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/16/2016 | UBER USA Driver Addendum December 10 2015 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/licensed/UBER%20USA%20Driver%20Addendum%20December%2010%202015.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/16/2016 | UBER USA Technology Services Agreement December 10 2015 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/licensed/UBER%20USA%20Technology%20Services%20Agreement%20December%2010% |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/16/2016 | Service Fee Addendum | https://uber-regulatory-documents.s3.amazonaws.com/city/new_york/licensed/Service%20Fee%20Addendum.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 11/3/2016 | UberBLACK and UberSUV Eligibility â€" NYC | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/New%20York%20City/licensed/UberBLACK%20and%20UberSUV%20Eligibility%20%E2%80%93 |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 5/22/2017 | UBER USA Financial Terms Addendum May 22 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/UBER%20USA%20Financial%20Terms%20Addendum%20May%2022 |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/6/2017 | UBER USA Tipping Addendum June 20 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/UBER%20USA%20Tipping%20Addendum%20June%2020%202017% |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/6/2017 | UBER USA Tipping Addendum June 20 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/UBER%20USA%20Tipping%20Addendum%20June%2020%202017% |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | RASIER Technology Services Agreement December 10 2015 | https://uber-regulatory-documents.s3.amazonaws.com/country/united_states/p2p/RASIER%20Technology%20Services%20Agreement%20December%2010%202015.pd |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | Service Animal Acknowledgement - Feb 10 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Service%20Animal%20Acknowledgement%20-%20Feb%2010%202017.p |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | RASIER Financial Terms Addendum May 22 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/RASIER%20Financial%20Terms%20Addendum%20May%2022%202017% |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | NY - Consent to electronic delivery of group insurance policy docu | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/NY%20-%20Consent%20to%20electronic%20delivery%20of%20group% |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | NY Addendum June 29 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/NY%20Addendum%20June%2029%202017%20v5.pdf |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | RASIER Technology Services Agreement June 17 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/RASIER%20Technology%20Services%20Agreement%20June%2017%202017 |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/12/2017 | RASIER Financial Terms Addendum June 17 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/RASIER%20Financial%20Terms%20Addendum%20June%2017%202017.p |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 7/13/2017 | NY Addendum July 12 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/NY%20Addendum%20July%2012%202017%20v1.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 7/24/2017 | NFB 2 Indicator (licensed) | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/NFB%202%20Indicator%20%28licensed%29.html |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 4/2/2018 | RASIER Tipping Addendum June 20 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/RASIER%20Tipping%20Addendum%20June%2020%202017%20p2p%20d |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 4/2/2018 | NFB 2 Indicator (p2p) | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/NFB%202%20Indicator%20%28p2p%29.html |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 4/14/2018 | NY Addendum April 13, 2018 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/NY%20Addendum%20April%2013%2C%202018.pdf |
| 8cf0c4ef-b915-40f0-b7ce-f8ceba3cc810 | 4/16/2018 | NY Addendum April 15, 2018 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/NY%20Suburbs/p2p/NY%20Addendum%20April%2015%2C%202018.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 6/24/2018 | Uber USA, LLC - Instant Pay Terms | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/Uber%20USA%2C%20LLC%20-%20Instant%20Pay%20Terms.pdf |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 2/1/2019 | Uber USA, LLC - Driver Payments Addendum Jan 24, 2019 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/New%20York%20City/licensed/Uber%20USA%2C%20LLC%20-%20Driver%20Payments%20Add |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 1/8/2020 | Uber Platform Access Agreement January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/Uber%20Platform%20Access%20Agreement%20January%206%2C% |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 1/8/2020 | Uber Indemnity Agreement January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/Uber%20Indemnity%20Agreement%20January%206%2C%202020.p |
| 1263dd16-f464-4dcc-81a4-938252e0abcc | 1/9/2020 | Uber Fare Addendum January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/licensed/Uber%20Fare%20Addendum%20January%206%2C%202020. |