Chambers, Joseph - Agreement History

| Driver ID | Date Accepted Agreements (UTC) | Reg Doc Title | Reg Doc URL |
|---|---|---|---|
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/18/2017 | Service Animal Acknowledgement - Feb 10 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Service%20Animal%20Acknowledgement%20-%20Feb%2010%202017.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/18/2017 | RASIER Technology Services Agreement June 17 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/Upstate%20NY/p2p/RASIER%20Technology%20Services%20Agreement%20June%2017%202017%20-%20NY%20P2P.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/18/2017 | RASIER Financial Terms Addendum June 17 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/Upstate%20NY/p2p/RASIER%20Financial%20Terms%20Addendum%20June%2017%202017%20-%20p2p.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/18/2017 | NY - Consent to electronic delivery of group insurance policy documents | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/Upstate%20NY/p2p/NY%20-%20Consent%20to%20electronic%20delivery%20of%20group%20insurance%20policy%20docume |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/18/2017 | NY Addendum July 12 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/Upstate%20NY/p2p/NY%20Addendum%20July%2012%202017%20v1.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/19/2017 | RASIER Tipping Addendum June 20 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/RASIER%20Tipping%20Addendum%20June%2020%202017%20p2p%20driver.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 7/26/2017 | NFB 2 Indicator (p2p) | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/NFB%202%20Indicator%20%28p2p%29.html |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 9/7/2017 | PORTIER Services Agreement August 31 2016 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/PORTIER%20P2P%20Flow%20Services%20Agreement%20August%2031%202016.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 9/7/2017 | PORTIER Tipping Addendum June 20 2017 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/PORTIER%20Tipping%20Addendum%20June%2020%202017%20p2p%20eats%20xd.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 6/24/2018 | Rasier, LLC - Instant Pay Terms | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Rasier%2C%20LLC%20-%20Instant%20Pay%20Terms%20.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 3/1/2019 | New York Addendum March 1, 2019 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/territory/Upstate%20NY/p2p/New%20York%20Addendum%20March%201%2C%202019.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 3/20/2019 | Portier, LLC - Addendum to Technology Services Agreement March 18, 2019 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Portier%2C%20LLC%20-%20Addendum%20to%20Technology%20Services%20Agreement%20March%20 |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 1/9/2020 | Uber Platform Access Agreement January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Platform%20Access%20Agreement%20January%206%2C%202020.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 1/9/2020 | Uber Indemnity Agreement January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Indemnity%20Agreement%20January%206%2C%202020.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 1/9/2020 | Uber Fare Addendum January 6, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Fare%20Addendum%20January%206%2C%202020.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 8/25/2020 | Uber Fare Addendum March 30, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/P2P%20XD%20Eats%20-%20Uber%20Fare%20Addendum%20March%2030%2C%202020.pdf |
| 6c834bda-46ec-48bc-adc1-4e695d592901 | 8/25/2020 | Uber Indemnity Agreement March 30, 2020 | https://uber-regulatory-documents.s3.amazonaws.com/reddog/country/United%20States/p2p/Uber%20Indemnity%20Agreement%20March%2030%2C%202020.pdf |