# Sancak Davarci - Uber Arbitration Opt Out   0 views

 **Sancak Davarci**   &lt;exposancak@yahoo.com&gt;          Dec 16, 2019, 7:48:30 AM   ☐   ☐   ☐
to optout@uber.com, phines@heldhines.com

To whom it may concern: Please be advised that I, Sancak Davarci, reside in West Hempstead, NY and my phone number is (516) 444-2240. I hereby opt out of the arbitration provision in the Technology Services Agreement updated November 25, 2019. If you have any questions about this decision, I can be reached through my counsel: Philip M. Hines, Esq., HELD & HINES, LLP, 2004 Ralph Avenue, Brooklyn, New York 11234.