**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANCAK DAVARCI and JOSEPH CHAMBERS, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC,

    Defendant.

Civil Action No.: 20-CV-9224 (VEC)

**DEFENDANT'S NOTICE OF MOTION TO COMPEL INDIVIDUAL ARBITRATION, STRIKE PLAINTIFFS' CLASS ALLEGATIONS AND STAY THE ACTION**

    **PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Juan Manuel Contreras and Brad Rosenthal, and all the Exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and filings in this action, Defendant Uber Technologies, Inc., by and through its counsel Littler Mendelson, P.C., hereby moves the Court, before the Honorable Valerie E. Caproni, United States District Court Judge, at the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, at a date and time convenient to the Court, for an order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (or, in the alternative, pursuant to New York State law, CPLR § 7501, *et seq.*) granting Defendant's Motion to Compel Individual Arbitration, Strike Plaintiffs' Class Allegations and Stay The Action, together with such other relief as the Court deems just, proper and equitable.

1

Dated: December 11, 2020
New York, New York

/s/ Sean A. Malley
Andrew M. Spurchise
Sean A. Malley
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
212.583.9600
aspurchise@littler.com
smalley@littler.com

*Attorneys for Defendant*

Plaintiffs must respond to Defendant's motion not later than **January 11, 2021**. Defendant may reply in further support of its motion not later than **January 25, 2021**.

SO ORDERED.

12/14/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE