## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SANCAK DAVARCI and JOSEPH
CHAMBERS, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

        Defendant

CIV. A. NO. 20-CV-9224-VEC

### DECLARATION OF SHANNON LISS-RIORDAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

1. I am a partner at the law firm of Lichten & Liss-Riordan, P.C. I am counsel for the Plaintiffs in the above-captioned matter. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration.

2. Attached hereto as **Exhibit A** is the Declaration of Plaintiff Sancak Davarci.

3. Attached hereto as **Exhibit B** is the Declaration of Plaintiff Joseph Chambers.

4. Attached hereto as **Exhibit C** is a true and correct copy of the relevant excerpts of a website printout: Uber Technologies, Inc., S-1 Form, April 11, 2019, available at:

   https://www.sec.gov/Archives/edgar/data/1543151/000119312519.

5. Attached hereto as **Exhibit D** is a true and correct copy of a website printout: *Requesting Long Trips*, UBER HELP (last accessed January 11, 2021), https://help.uber.com/riders/article/requesting-long-trips?nodeId=f7d602d3-f 2c5-4d63-8395-83a8ea4c34d7.

6. Attached hereto as **Exhibit E** is a true and correct copy of a website printout: Jet Airways Partners with Uber to Simplify End-to-End Travel Experience, FUTURE TRAVEL EXPERIENCE (March 2017), available at: https://www.futuretravelexperience.com /2017/03/jet-airways-partners-with-uber-to simplify-travel-experience/.

7. Attached hereto as **Exhibit F** is a true and correct copy of a website printout: United Partners with Uber to Simplify End-to-End Travel Experience, FUTURE TRAVEL EXPERIENCE (August 2014), available at: https://www.futuretravelexperience.com/2014/08/united-partners-uber-simplify-end-end-travel-experience/.

8. Attached hereto as **Exhibit G** is a true and correct copy of a website printout: *Schedule a Ride*, UBER.COM (last accessed January 9, 2021), available at: https://www.uber.com/us/en/ride/how-it-works/scheduled-rides/.

9. Attached hereto as **Exhibit H** is a true and correct copy of a website printout: *See you there: access to rides at 600+ airports* (last accessed January 9, 2021), available at: https://www.uber.com/global/en/airports/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 11, 2021

/s/ Shannon Liss-Riordan

Shannon Liss-Riordan

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANCAK DAVARCI and JOSEPH CHAMBERS, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>       Defendant | CIV. A. NO. 20-CV-9224-VEC |

**DECLARATION OF SANCAK DAVARCI IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Sancak Davarci, hereby declare as follows:

1. I am an adult resident of Long Island, New York.

2. I am making this Declaration based upon my personal knowledge and experience.

3. I am a named Plaintiff in this case.

4. I have worked as an Uber driver since 2013, in New York City, New York, and in Long Island, New York.

5. On average, I have worked approximately 18 hours per week for Uber, and at times between 40 to 50 hours per week.

6. While working for Uber, I regularly transported passengers from New York into neighboring states, such as New Jersey and Connecticut.

7.  During certain periods while working for Uber in New York City, I estimate that as many as 25% of my trips involved transporting passengers into New Jersey or other states.

8.  I estimate that during the course of my work for Uber, approximately 30% of my trips involved transporting passengers to airports, bus stations, and train stations.

9.  On December 16, 2019, I sent an email indicating that I would be exercising my option to opt out of the arbitration provision in my contractual agreement with Uber.

10. On January 8, 2020, I accepted the January 6, 2020 update to my contractual agreement with Uber.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 8, 2021

_Sancak Jack Davarci_
_____

Sancak Davarci

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SANCAK DAVARCI and JOSEPH
CHAMBERS, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,

        Defendant

CIV. A. NO. 20-CV-9224-VEC

**DECLARATION OF JOSEPH CHAMBERS IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Joseph Chambers, hereby declare as follows:

1. I am an adult resident of Buffalo, New York.

2. I am making this Declaration based upon my personal knowledge and experience.

3. I am a named Plaintiff in this case.

4. I have worked in Buffalo, New York as an Uber driver since 2017.

5. On average during this period, I worked approximately 26 hours per week for Uber, and at times between 40 to 50 hours per week.

6. I estimate that while working for Uber, I occasionally transported passengers from New York into Pennsylvania.

7. I estimate that during the course of my work for Uber, I also occasionally transported passengers to and across the United States-Canada border.

1

8.  I estimate that at least 2% of my trips involved transporting passengers to airports, bus stations, and train stations.

9.  I estimate that this percentage amounted to thousands of total trips that involved transporting passengers to airports, bus stations, and train stations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: January 8, 2021

*Joseph I chambers jr*

_____

Joseph Chambers

# EXHIBIT C

S-1 1 d647752ds1.htm S-1

**Table of Contents**

As filed with the Securities and Exchange Commission on April 11, 2019.

Registration No. 333-

---

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM S-1
# REGISTRATION STATEMENT
### *UNDER*
### *THE SECURITIES ACT OF 1933*

---

# UBER TECHNOLOGIES, INC.
### (Exact name of Registrant as specified in its charter)

---

| Delaware | 7372 | 45-2647441 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**1455 Market Street, 4th Floor**
**San Francisco, California 94103**
**(415) 612-8582**
**(Address, including zip code and telephone number, of Registrant's principal executive offices)**

---

**Nelson Chai**
**Chief Financial Officer**
**Uber Technologies, Inc.**
**1455 Market Street, 4th Floor**
**San Francisco, California 94103**
**(415) 612-8582**
**(Name, address, including zip code and telephone number, including area code, of agent for service)**

---

*Copies to:*

**Tony West**
**Keir Gumbs**
**Uber Technologies, Inc.**
**1455 Market Street, 4th Floor**
**San Francisco, California 94103**
**(415) 612-8582**

| | | |
|---|---|---|
| **David Peinsipp** | **Eric W. Blanchard** | **Alan F. Denenberg** |
| **Siana Lowrey** | **Kerry S. Burke** | **Sarah K. Solum** |
| **Andrew Williamson** | **Brian K. Rosenzweig** | **Davis Polk & Wardwell LLP** |
| **Cooley LLP** | **Covington & Burling LLP** | **1600 El Camino Real** |
| **101 California Street, 5th Floor** | **620 Eighth Avenue** | **Menlo Park, California 94025** |
| **San Francisco, California 94111** | **New York, New York 10018** | **(650) 752-2000** |
| **(415) 693-2000** | **(212) 841-1000** | |

---

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided by Section 7(a)(2)(B) of the Securities Act. ☐

---

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Common Stock, $0.00001 par value per share | $1,000,000,000 | $121,200 |

(1)   Estimated solely for the purpose of calculating the amount of the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

(2)    Includes offering price of any additional shares that the underwriters have the option to purchase.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

(3)   The components of other income (expense), net, were as follows:

| | Year Ended December 31, | | | | | | | | |
| | 2014 | | 2015 | | 2016 | | 2017 | | 2018 |
| | (unaudited) | | (unaudited) | | | | | | |
| | | | | | (in millions) | | | | |
| Interest income | $ | — | $ | 9 | $ | 22 | $ | 71 | $ | 104 |
| Foreign currency exchange gains (losses), net | | — | | (41) | | (91) | | 42 | | (45) |
| Gain on divestiture | | — | | — | | — | | — | | 3,214 |
| Unrealized gain on investments | | — | | — | | — | | — | | 1,996 |
| Change in fair value of embedded derivatives | | — | | (95) | | 142 | | (173) | | (501) |
| Other | | (7) | | 3 | | 66 | | 44 | | 225 |
| Other income expense, net | $ | (7) | $ | (124) | $ | 139 | $ | (16) | $ | 4,993 |

(4)   See Note 15 to our audited consolidated financial statements included elsewhere in this prospectus for an explanation of our discontinued operations.

(5)   See Notes 1 and 12 to our audited consolidated financial statements included elsewhere in this prospectus for an explanation of the method used to calculate basic and diluted net income (loss) per share attributable to common stockholders and basic and diluted pro forma net income (loss) per share attributable to common stockholders, and for the weighted-average number of shares used in the computation of the per share amounts.

| | As of December 31, | | | | | | | | |
| | 2014 | | 2015 | | 2016 | | 2017 | | 2018 |
| | (unaudited) | | (unaudited) | | | | | | |
| | | | | | (in millions) | | | | |
| **Consolidated Balance Sheet Data:** | | | | | | | | | | |
| Cash and cash equivalents | $ | 1,961 | $ | 4,188 | $ | 6,241 | $ | 4,393 | $ | 6,406 |
| Working capital(1) | | 1,748 | | 4,644 | | 4,589 | | 2,990 | | 4,399 |
| Total assets | | 2,241 | | 6,740 | | 15,713 | | 15,426 | | 23,988 |
| Long-term debt, net of current portion | | — | | 1,423 | | 3,087 | | 3,048 | | 6,869 |
| Redeemable convertible preferred stock warrant liability | | — | | 3 | | 211 | | 125 | | 52 |
| Total liabilities | | 330 | | 4,078 | | 9,198 | | 11,773 | | 17,196 |
| Redeemable convertible preferred stock | | 2,881 | | 6,256 | | 11,111 | | 12,210 | | 14,177 |
| Additional paid-in capital | | 101 | | 120 | | 209 | | 320 | | 668 |
| Accumulated deficit | | (1,109) | | (4,265) | | (4,806) | | (8,874) | | (7,865) |
| Total stockholders' deficit | | (1,009) | | (4,146) | | (4,596) | | (8,557) | | (7,385) |

(1)   Working capital is defined as total current assets less total current liabilities. See our audited consolidated financial statements and the related notes included elsewhere in this prospectus for further details regarding our current assets and current liabilities as of December 31, 2017 and 2018.

| | Year Ended December 31, | | |
| | 2016 | 2017 | 2018 |
| | (in millions, except %) | | |
| **Other Financial and Operating Data:** | | | |
| Monthly Active Platform Consumers(1) | 45 | 68 | 91 |
| Trips(2) | 1,818 | 3,736 | 5,220 |
| Gross Bookings(3) | $ 19,236 | $ 34,409 | $ 49,799 |
| Core Platform Adjusted Net Revenue(4) | $ 3,219 | $ 7,191 | $ 10,025 |
| Core Platform Contribution Margin(5) | (23)% | 0% | 9% |
| Adjusted EBITDA(6) | $ (2,517) | $ (2,642) | $ (1,847) |

(1)   MAPCs represent the number of unique consumers who completed a Ridesharing or New Mobility ride or received an Uber Eats meal on our platform at least once in a given month, averaged over each month in the quarter. MAPCs presented for an annual period are MAPCs for the fourth quarter of the year.

90

2021-01-11, 7:38 p.m.

Table of Contents

industries. For example, to rapidly scale our network in new cities by attracting consumers to our platform and away from personal vehicles or public transportation or to compete effectively in existing cities where competitors offer incentives, we often use Driver incentives. These incentives and our large network help maintain a steady supply of Drivers on our platform. For each market, we use dynamic pricing and incentive strategies that we believe provide network liquidity while maintaining an attractive earnings opportunity for Drivers. In the future, we may reduce Driver incentives based on market dynamics, which would increase our Take Rate.

*Growth initiatives.* Given the size of our total addressable market, we will continue to make significant investments in long-term growth initiatives. We are investing in four primary areas:

- *Ridesharing and New Mobility.* We will continue to invest to enhance and grow our Ridesharing and New Mobility products. We expect these investments to include consumer and Driver rewards programs, new products such as dockless e-bikes and e-scooters and Uber Bus, and expansion into new geographies, including the six key countries where our current presence is limited as a result of the regulatory environments: Argentina, Germany, Italy, Japan, South Korea, and Spain. These countries have an aggregate addressable market of over 400 million people, 0.8 trillion miles, and $0.5 trillion of potential market opportunity.

- *Uber Eats.* We plan to invest in Uber Eats to both expand into new markets and further penetrate existing markets. We plan to primarily invest in Driver incentives and rewards programs to attract and retain more Uber Eats Drivers and also to invest in our sales infrastructure to expand our restaurant selection.

- *Uber Freight.* We believe that Uber Freight is revolutionizing a massive, manual logistics market dominated by legacy operators. We believe we provide significant value to both shippers and carriers by leveraging our platform technologies to provide innovations such as upfront pricing and real-time tracking. We are increasing our investments in Uber Freight as we believe that the total addressable market opportunity is significant.

- *ATG and Other Technology Programs.* We believe that autonomous vehicle technologies will be an important part of our platform over the long term. We have invested in ATG and Other Technology Programs, and we aim to partner with OEMs and other technology companies to incorporate autonomous vehicle technologies onto our platform.

*Regulations permitting or limiting our offerings.* Regulations that permit or limit our ability to provide Ridesharing in certain markets impact our financial performance. For example, in August 2018, New York City instituted a limit on new vehicle licenses for offerings like ours for one year. As a result, we expect growth to be adversely affected in New York City. In other regions, our partnerships with regulators have resulted in favorable change. In 2018, we partnered with officials in the province of Mendoza to design the first ridesharing regulations in Argentina.

*Reputation and brand.* We believe that maintaining and enhancing our reputation and brand is critical to our ability to attract and retain employees and platform users. For example, our business performance was negatively impacted in early 2017 when we faced many challenges, including the #DeleteUber campaign that encouraged platform users to delete our app and cease use of our offerings. Later in 2017, allegations of discrimination, harassment, and retaliation in the workplace adversely impacted our reputation and further encouraged platform users to cease use of our offerings. We have been on a new path forward since the hiring of our Chief Executive Officer Dara Khosrowshahi in September 2017.

*Global operations.* We generated 52% of our Gross Bookings outside of the United States in the quarter ended December 31, 2018. As we continue to expand our international operations, our results will be increasingly impacted by trends in countries around the world, as well as fluctuations in foreign currency exchange rates. In addition, Gross Bookings in Latin America, India and the Middle East and Africa are lower on a per Trip basis compared to the United States and Canada, Europe, and Australia/New Zealand, largely as a result of pricing dynamics within those markets.

Table of Contents

- enter or expand operations in some of the key countries in which we are currently limited by local regulations, such as Argentina, Germany, Italy, Japan, South Korea, and Spain; and

- increase positive perception of our brand.

We may not successfully accomplish any of these objectives. A softening of Driver, consumer, restaurant, shipper, or carrier demand, whether caused by changes in the preferences of such parties, failure to maintain our brand, changes in the U.S. or global economies, licensing fees in various jurisdictions, competition, or other factors, may result in decreased revenue or growth and our financial results and future prospects would be adversely impacted. We expect to continue to incur significant expenses, and if we cannot increase our revenue at a faster rate than the increase in our expenses, we will not achieve profitability.

***We generate a significant percentage of our Gross Bookings from trips in large metropolitan areas and trips to and from airports. If our operations in large metropolitan areas or ability to provide trips to and from airports are negatively affected, our financial results and future prospects would be adversely impacted.***

In 2018, we derived 24% of our Ridesharing Gross Bookings from five metropolitan areas – Los Angeles, New York City, and the San Francisco Bay Area in the United States; London in the United Kingdom; and São Paulo in Brazil. We experience greater competition in large metropolitan areas than we do in other markets in which we operate, which has led us to offer significant Driver incentives and consumer discounts and promotions in these large metropolitan areas. As a result of our geographic concentration, our business and financial results are susceptible to economic, social, weather, and regulatory conditions or other circumstances in each of these large metropolitan areas. An economic downturn, increased competition, or regulatory obstacles in any of these key metropolitan areas would adversely affect our business, financial condition, and operating results to a much greater degree than would the occurrence of such events in other areas. In addition, any changes to local laws or regulations within these key metropolitan areas that affect our ability to operate or increase our operating expenses in these markets would have an adverse effect on our business. For example, in August 2018, New York City approved regulations for the local for-hire market (which includes our Ridesharing products), including a cap on the number of new for-hire vehicle licenses for ridesharing services. In addition, in December 2018, New York City approved per-mile and per-minute rates for drivers, designed to target minimum hourly earnings for drivers providing for-hire services in New York City and surrounding areas. These minimum rates took effect in February 2019. Additionally, members of the Board of Supervisors of San Francisco recently proposed imposing a surcharge on ridesharing trips in San Francisco, and a ballot measure to enact this surcharge may be introduced in 2019. In addition, other jurisdictions such as Seattle have in the past considered or may consider regulations that would implement minimum wage requirements or permit drivers to negotiate for minimum wages while providing services on our platform. Further, we expect that we will continue to face challenges in penetrating lower-density suburban and rural areas, where our network is smaller and less liquid, the cost of personal vehicle ownership is lower, and personal vehicle ownership is more convenient. If we are not successful in penetrating suburban and rural areas, or if we are unable to operate in certain key metropolitan areas in the future, our ability to serve what we consider to be our total addressable market would be limited, and our business, financial condition, and operating results would suffer.

Over the same period, we generated 15% of our Ridesharing Gross Bookings from trips that either started or were completed at an airport, and we expect this percentage to increase in the future. As a result of this concentration, our operating results are susceptible to existing regulations and regulatory changes that impact the ability of drivers using our platform to provide trips to and from airports. Certain airports currently regulate ridesharing within airport boundaries, including by mandating that ridesharing service providers obtain airport-specific licenses, and some airports, particularly those outside the United States, have banned ridesharing operations altogether. Despite such bans, some Drivers continue to provide Ridesharing services, including trips to and from airports, despite lacking the requisite permits. Such actions may result in the imposition of fines or sanctions, including further bans on our ability to operate within airport boundaries, against us or Drivers. Additional bans on our airport operations, or any permitting requirements or instances of non-compliance by Drivers, would significantly disrupt our operations. In addition, if drop-offs or pick-ups of riders become

38

Table of Contents

inconvenient because of airport rules or regulations, or more expensive because of airport-imposed fees, the number of Drivers or consumers could decrease, which would adversely affect our business, financial condition, and operating results. While we have entered into agreements with most major U.S. airports as well as certain airports outside the United States to allow the use of our platform within airport boundaries, we cannot guarantee that we will be able to renew such agreements, and we may not be successful in negotiating similar agreements with airports in all jurisdictions.

***If we fail to develop and successfully commercialize autonomous vehicle technologies or fail to develop such technologies before our competitors, or if such technologies fail to perform as expected, are inferior to those of our competitors, or are perceived as less safe than those of our competitors or non-autonomous vehicles, our financial performance and prospects would be adversely impacted.***

We have invested, and we expect to continue to invest, substantial amounts in autonomous vehicle technologies. As discussed elsewhere in this prospectus, we believe that autonomous vehicle technologies may have the ability to meaningfully impact the industries in which we compete. While we believe that autonomous vehicles present substantial opportunities, the development of such technology is expensive and time-consuming and may not be successful. Several other companies, including Waymo, Cruise Automation, Tesla, Apple, Zoox, Aptiv, May Mobility, Pronto.ai, Aurora, and Nuro, are also developing autonomous vehicle technologies, either alone or through collaborations with car manufacturers, and we expect that they will use such technology to further compete with us in the personal mobility, meal delivery, or logistics industries. We expect certain competitors to commercialize autonomous vehicle technologies at scale before we do. Waymo has already introduced a commercialized ridehailing fleet of autonomous vehicles, and it is possible that other of our competitors could introduce autonomous vehicle offerings earlier than we will. In the event that our competitors bring autonomous vehicles to market before we do, or their technology is or is perceived to be superior to ours, they may be able to leverage such technology to compete more effectively with us, which would adversely impact our financial performance and our prospects. For example, use of autonomous vehicles could substantially reduce the cost of providing ridesharing, meal delivery, or logistics services, which could allow competitors to offer such services at a substantially lower price as compared to the price available to consumers on our platform. If a significant number of consumers choose to use our competitors' offerings over ours, our financial performance and prospects would be adversely impacted.

Autonomous vehicle technologies involve significant risks and liabilities. We have conducted real-world testing of our autonomous vehicles, involving a trained driver in the driver's seat monitoring operations while the vehicle is in autonomous mode. In March 2018, one of these test vehicles struck and killed a pedestrian in Tempe, Arizona. Following that incident, we voluntarily suspended real-world testing of our autonomous vehicles for several months in all markets where we were conducting real-world testing, which was a setback for our autonomous vehicle technology efforts. Failures of our autonomous vehicle technologies or additional crashes involving autonomous vehicles using our technology would generate substantial liability for us, create additional negative publicity about us, or result in regulatory scrutiny, all of which would have an adverse effect on our reputation, brand, business, prospects, and operating results.

The development of our autonomous vehicle technologies is highly dependent on internally developed software, as well as on partnerships with third parties such as OEMs and other suppliers. We develop and integrate self-driving software into our autonomous vehicle technologies and work with OEMs and other suppliers to develop autonomous vehicle technology hardware. We partner with OEMs that will seek to manufacture vehicles capable of incorporating our autonomous vehicle technologies. Our dependence on these relationships exposes us to the risk that components manufactured by OEMs or other suppliers could contain defects that would cause our autonomous vehicle technologies to not operate as intended. Further, reliance on these relationships exposes us to risks beyond our control, such as third-party software or manufacturing defects, which would substantially impair our ability to deploy autonomous vehicles. If our autonomous vehicle technologies were to contain design or manufacturing defects that caused such technology to not perform as expected, or if we were unable to deploy autonomous vehicles as a result of manufacturing delays by OEMs, our financial performance and our prospects could be harmed.

EXHIBIT D



# Help

TORONTO ⊙    SIGN IN    **SIGN UP**

## We're here to help

Riders

Describe your issue

TRIP ISSUES AND REFUNDS

ACCOUNT AND PAYMENT OPTIONS

MORE

A GUIDE TO UBER

SIGNING UP

ACCESSIBILITY

**SEARCH**

RIDERS   ⟩   A GUIDE TO UBER   ⟩

# Requesting long trips

If you are planning to take a long trip, it's a good practice to let your driver know in advance by calling your driver after you have requested your trip.

Many drivers need to make the return trip home after reaching your destination, so it's helpful to give them a heads up.



# EXHIBIT E



APEX   IFSA   **FTE**



**REDEFINING THE END-TO-END PASSENGER EXPERIENCE AND BUSINESS PERFORMANCE**

# Jet Airways partners with Uber to simplify end-to-end travel experience

**PRE-TRAVEL** // MAR 2017

Jet Airways has partnered with ride hailing app Uber to offer passengers the option of booking an Uber via the airline's app.

The Uber booking feature, which can be found in the app's navigation menu, will be of use to Jet Airways' customers in the 29 cities where Uber currently operates in India.

Jayaraj Shanmugam, Chief Commercial Officer, Jet Airways, explained: "Our partnership with Uber for a comfortable and seamless travel experience between their homes or offices and the airport, reflects our ambition to leverage technology to enhance our guest experience.

"More importantly, it is also a meeting of minds, where two leading, technology savvy and innovation-driven organisations have joined hands with an objective to create and promote new and fulfilling travel experiences for their guests in the long term. The association is especially meaningful since both Jet Airways and Uber have substantially similar guest profiles and needs, which will facilitate greater collaboration."

Madhu Kannan, Chief Business Officer, Uber India & Emerging Markets, added: "We are excited to partner with Jet Airways to



Jet Airways' passengers will be able to make use of the Uber booking feature in 29 Indian cities.

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

OK    Read More

make travelling in India even more seamless. Through this partnership, Jet Airways' guests across 29 cities will be able to request their Uber when they book their flight.

"That removes any last-minute hassles when heading to the airport and makes for a smooth arrival in your destination city. Uber is all about making travel easy and convenient, and this partnership exemplifies that."



## MARK YOUR DIARY FOR FTE'S EVENTS



## Tags 🏷️

Apps    Mobile Technology

**1 Comment**

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

**Subscribe to our newsletter**    Ok    Read more

2021-01-11, 7:53 pm

# EXHIBIT F





**REDEFINING THE END-TO-END PASSENGER EXPERIENCE AND BUSINESS PERFORMANCE**

# United partners with Uber to simplify end-to-end travel experience

**MOBILE & WEARABLES** // AUG 2014

United Airlines has partnered with transportation service Uber to make it easier for passengers to book onward travel via the carrier's app and simplify the door-to-door travel experience.

The United app, which is available on Android and iOS devices, now includes a link from the main menu to information on Uber, such as which vehicles are available, how long they will have to wait to be picked up and how much their journey will cost.

If the user wishes to make a reservation, they will then be redirected to the Uber app or website to complete their transaction. United passengers with an Uber reservation can also view their onward travel booking in the 'My Reservations' section of the app.

Praveen Sharma, Vice President of Loyalty at United Airlines, commented: "Our partnership with Uber offers customers new opportunities

Travellers can view Uber ground transportation options via United's app, and

We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok    Read more

Case 1:20-cv-09224-VEC   Document 20-1   Filed 01/11/21   Page 23 of 30

to simplify their travel experience.

store their bookings in the 'My Reservations' section.

"Customers can use the app to ensure a more convenient journey, from checking in for an international flight from their home of office, to finding instant ground transportation options at their final destination."

Earlier this month, United became the first airline to offer **passport scanning via its mobile app**, enabling passengers to make use of mobile check-in for international flights.

# United Airlines to speak in 'On the Ground' conference at FTE Global

Ken Bostock, Managing Director, Airport Strategy, United Airlines, will address delegates in the 'On the Ground' conference at FTE Global 2014, which will take place in Las Vegas from 24-26 September.



Following a presentation by Rohit Talwar, CEO of Fast Future Research, entitled 'Airport transformation – A roadmap to viability', Ken will join Vancouver Airport Authority President & CEO Craig Richmond on stage to take part in an extensive Q&A debate.

**» More information on FTE Global 2014**
**» Register to attend FTE Global 2014**




## MARK YOUR DIARY FOR FTE'S EVENTS



We use cookies to ensure that we give you the best experience on our website. If you continue to use this site we will assume that you are happy with it.

Ok      Read more

EXHIBIT G

Case 1:20-cv-09224-VEC    Document 20-1    Filed 01/11/21    Page 25 of 30

# Schedule a ride

If you're expecting an event you just can't miss, the app lets you schedule a ride up to 30 days in advance, so you don't leave anything to chance. When you schedule at least 60 minutes in advance, your price for the trip will be locked in.

**Explore the app**



# Why it's helpful

### Get a ride to the airport
Finally, there's no need to wake a loved one for that middle-of-the-night flight.

### Be prepared for work functions
With the schedule a ride feature, you can focus on the actual meeting—and not worry about finding parking.

### Have a hassle-free evening out
Whether it's a wedding reception, a cocktail party, or a dinner date with friends, plan a ride in advance so you can relax and have fun.

# How it works

### Schedule a ride
Open the Uber app, then tap **Schedule** or the button that says **Now** located just to the right of the "Where to?" bar.

### Provide pickup info
Set your pickup date, time, location, destination, and ride type, and get a price estimate.

### Get set to ride
Confirm the details of your upcoming trip and tap **Schedule**. Edit or cancel anytime before your ride. Scheduled rides are subject to the same cancellation policies as on-demand rides.

Case 1:20-cv-09224-VEC    Document 20-1    Filed 01/11/21    Page 27 of 30

# Get more from your ride

## Before your ride

Edit pickup points

Commuter benefits

Family Profiles

Saved Places

Schedule a ride

Request for a guest

Upfront pricing

Spotlight

Pickup messages

Pickup Spots

Bikes and scooters

Uber ride types

## During your ride

Emergency assistance button

Driver profiles

Extra stops

Share your status

Split Fare

Visa Local Offers

# EXHIBIT H

# See you there: access to rides at 600+ airports

Request a ride to the airport. In most regions, you'll also have the option to schedule an airport pickup or dropoff in advance.

Sign up to ride



Africa   /   Asia   /   Australia and New Zealand   /   Europe   /

Middle East   /   North America   /   South and Central America

# Africa

## Egypt

Borg El Arab International Airport (HBE)

Cairo International Airport (CAI)

Hurghada International Airport (HRG)

## Ghana

Accra Kotoka International Airport (ACC)

## Kenya

Jomo Kenyatta International Airport (NBO)

Moi International Airport (MBA)

Wilson Airport (WIL)

## Nigeria

Murtala Muhammed International Airport (LOS)

Nnamdi Azikiwe International Airport (ABV)

## South Africa

Cape Town International Airport (CPT)

King Shaka International Airport (DUR)

Lanseria International Airport (HLA)

O.R. Tambo International Airport (JNB)

Port Elizabeth International Airport (PLZ)