```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SANCAK DAVARCI and JOSEPH CHAMBERS, :
*individually and on behalf of all others similarly* :
*situated*, :
: 20-CV-9224 (VEC)
:
Plaintiffs, : ORDER
:
:
-against- :
:
:
UBER TECHNOLOGIES, INC., :
:
Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 20, 2021, the Court granted Defendant's motion to compel arbitration (Dkt. 34);

WHEREAS all proceedings in this matter have been stayed since the Court's August 20, 2021, order pending completion of arbitration (Dkt. 34); and

WHEREAS the Court has not yet received any update on the status of arbitration;

IT IS HEREBY ORDERED that Plaintiffs and Defendant must submit to the Court a joint update on the status of arbitration no later than October 1, 2021. Thereafter, Plaintiffs and Defendant must file bi-monthly status updates on arbitration, to be filed on the first of the month, or if the first of the month is a weekend or a holiday, the first business day thereafter.

**SO ORDERED.**

**Date: September 15, 2021**       **VALERIE CAPRONI**
    **New York, New York**       **United States District Judge**