MEMO ENDORSED

Case 1:20-cv-09224-VEC   Document 55   Filed 02/14/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/14/2023

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANCAK DAVARCI and JOSEPH CHAMBERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant | CIV. A. NO. 20-CV-9224-VEC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sancak Davarci and Plaintiff Joseph Chambers, as well as Defendant Uber Technologies Inc. hereby stipulate and agree to dismiss all claims asserted in the action by Plaintiff Davarci and Plaintiff Chambers with prejudice, with each party to bear its own costs.

Dated: February 13, 2022

/s/   Shannon Liss-Riordan

LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan
729 Boylston St., Suite 2000
Boston, MA 02116
sliss@llrlaw.com

*Attorneys for Plaintiffs*

/s/   Andrew Spurchise

LITTLER MENDELSON, P.C.
Sean A. Malley
Andrew Spurchise
900 Third Avenue
New York, NY 10022.3298
smalley@littler.com
aspurchise@littler.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 13, 2023, she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                                                /s/ Shannon Liss-Riordan
                                                Shannon Liss-Riordan

> The Clerk of Court is respectfully directed to terminate all open motions and to close the case.
>
> SO ORDERED.
>
> [signature] 02/14/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE